### ALLEN v. KESSLER.

FISH, P. J. 1. The general rule is, that in order for the exclusion of oral evidence to be considered as a ground for a new trial, it must appear that a pertinent question was asked, that the court refused to allow the answer, and that a statement was made to the court at the time, showing what the answer would be ; and that such testimony was material and would have benefited the complaining party. *Griffin* v. *Henderson*, 117 *Ga.* 382, and cit. In view of this rule, neither of the grounds of the amended motion for a new trial properly presents any question for determination.
2. The verdict was warranted by the evidence.

<em>Judgment affirmed. All the Justices concur.</em>

Submitted May 12, — Decided June 8, 1904.

Bail-trover.    Before Judge Hodges.    City court of Macon. October 17, 1903.

*Daly, Moore & Cochran*, for plaintiff in error.

*M. R. Freeman, Hardeman & Jones*, and *Davis & Turner*, contra.